RICHARD L. PEEL, ESQ.
Nevada Bar No. 4359
TAYLOR L. WAITE, ESQ.
Nevada Bar No. 11312
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
(702) 990-7272
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF ACE FIRE SYSTEMS, INC. and ACE FIRE SYSTEMS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MW BUILDERS OF TEXAS, INC.; FEDERAL INSURANCE COMPANY; DOES I through V; and, ROE CORPORATIONS VI through X; BOE BONDING COMPANIES XI through XV,<br><br>Defendants. | Case No: 2:11-cv-01388-LDG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, United States for the use and benefit of Ace Fire Systems, Inc. and Ace Fire Systems, Inc. ("Plaintiff"), and defendants, MW Builders of Texas, Inc. ("MW Builders") and Federal Insurance Company ("FIC") hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

-1-

That the above captioned case be dismissed with prejudice, including all claims and counterclaims, with each party to bear its own attorneys' fees, costs and expenses. The Parties further stipulate and agree that the trial for the above case shall be vacated.

**Stipulated and Agreed**

| | |
|---|---|
| **PEEL BRIMLEY LLP** | **MW BUILDERS of TEXAS, INC.** |
| */s/ Taylor L. Waite, Esq.* | */s/ Harold W. Mitts, Esq.* |
| RICHARD L. PEEL, ESQ.<br>Nevada Bar No. 4359<br>TAYLOR L. WAITE, ESQ.<br>Nevada Bar No. 11312<br>*Attorneys for Plaintiff* | HAROLD W. MITTS, ESQ.<br>Nevada Bar No. 8753<br>*Attorney for MW Builders of TX* |
| | **FEDERAL INSURANCE CO.** |
| | */s/ Harold W. Mitts, Esq.* |
| | HAROLD W. MITTS, ESQ.<br>Nevada Bar No. 8753<br>*Attorney for Federal Insurance Co.* |

### ORDER

IT IS SO ORDERED.

Dated this 29 day of ____Aug____, 2012

_____
UNITED STATES DISTRICT JUDGE